UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLOBAL EBUSINESS SERVICES, INC., et al.,

           Plaintiffs,

    v.

INTERACTIVE BROKER LLC,

           Defendant.

Case No. 16-cv-01264-MEJ

**ORDER RE: REPRESENTATION OF CORPORATE PLAINTIFF**

Plaintiff Syed Nazim Ali filed this case on March 15, 2016, apparently on behalf of himself and Global Ebusiness Services, Inc. Neither party is represented by counsel. Pursuant to Civil Local Rule 3-9(b), a corporation or other such entity may appear only through a member of the bar of this Court. Thus, Syed Nazim Ali can appear on behalf of Global Ebusiness Services only if he is a member of this District's bar. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004). Accordingly, the Court ORDERS Global Ebusiness Services, Inc. to retain counsel, and for its counsel to file a notice of appearance, by April 14, 2016. If counsel fails to appear by this date, Global's claims shall be dismissed and the case will proceed only as to Syed Nazim Ali.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge