# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL EBUSINESS SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERACTIVE BROKER LLC, <br><br> Defendant. | Case No. 16-cv-01264-MEJ <br><br> **ORDER DENYING PLAINTIFF'S REQUEST TO FILE ELECTRONICALLY** |

Before the Court is the request of pro se Plaintiff Syed Nazim Ali to file documents electronically through the e-filing system. Dkt. No. 4. However, in section 3 of his request, Plaintiff does not state that he has regular access to all technical requirements, including an email account, a scanner, a printer or copier, a word-processing program to create documents, and a pdf reader and writer. Accordingly, the request is hereby DENIED WITHOUT PREJUDICE. If Plaintiff has regular access to all the technical requirements, he may file a revised request for the Court's consideration.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge